# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED
2018 JUN 25 A 9:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tommy Kendrick Williams            )
                                   )
        Plaintiff                  )   CIVIL ACTION NO.
                                   )   2:18-cv-602-WKW-GMB
                                   )   JURY DEMAND (MARK ONE)
                                   )
                                   )   ☒YES        ☐NO
                                   )
Barbour County Sheriff             )
Department                         )
                                   )
        Defendant(s)

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 270 County Road 41 Clio, AL 36017, (334)402-0487
2. Name and address of Defendant(s): Barbour County Sheriff's Department  24 Roberton Airport DR. Clayton, AL 36016, (334)775-1128
3. Place(s) of alleged violation of civil rights: 278 County Road 41 Clio, AL 36017, and Barbour County Jail 24 Robertson Airport DR. Clayton, AL 36016
4. Date(s) of alleged violation of civil rights: November 25, 2016/ November 26, 2016 and November 30, 2016
5. State the facts on which you base your allegation that your Constitutional rights have been violated. Claim 1.(11-25-16) Arrested for Domestic Violence while Praising GOD and his son Jesus Christ in my yard. DV charge dismissed by District Court

1

Judge Matt Horne for no Probable Cause at Preliminary Hearing. Plaintiff tazed in the genitalia twice during arrest.

Claim 2. Upon arrival at Barbour County Jail Plaintiff placed in restraint chair, solitary confinement in inhumane condition for an extended period of time causing incontinence. Plaintiff was denied water twice, toilet full of Feces and live wires hanging approximately 4 feet out of inoperable Light Fixture.

Claim 3. (11-26-16) Just before midnight entry was made into solitary cell by 3 Sheriff Deputies. Plaintiff was tazed multiple times, and severely beaten, while two Female inmates were allowed to watch. Plaintiff sustained injuries including Head and Facial trauma including 1.2 inch Laceration to right scalp, Facial contusions, Facial swelling and two black eyes. Transported by Clayton Rescue to Medical Center Barbour for treatment including 3 staples to close laceration (without anesthetic) and CT scans of the Head and Neck.

Claim 4. (11-30-16) Plaintiff left cell to retreive blanket and again tazed and beaten by Sheriff's Deputies, also "dry tazed" up and down lower extremities while lying in a prone position (Pictures). Leather Jacket sliced from Plaintiff's back.

Claim 5. Placed in solitary confinement for about 40 days and only allowed 3 showers during that time. Denied blanket for 6 days in very cold cell. Released 01-31-17

Claim 6. Willful supression of evidence and dissemination of false information. Only 1 photo of Plaintiff taken during incarceration by Jailer with a Cell phone, it was 8 days before first appearance to allow swelling to decrease. Clothing worn by Plaintiff NOT returned upon release, 1 pair of Tan khaki Pants and 1 black leather motorcycle Jacket. Brother was told by Sheriff personnel that Plaintiff "tested positive for Crack" and false information given to news media causing several News articles to be published.

6. Relief requested: <u>**Request 1. Mandatory annual civil rights training for all Barbour County Sheriff personnel.**</u>

<u>**Request 2. Deputies amended job description to "find and report misconduct by other Deputies".**</u>

<u>**Request 3. The commision of an all civilian review board tasked with investigating complaints about alleged misconduct by any Officer or Deputy in Barbour County Alabama.**</u>

<u>**Request 4. $10,000,000. Dollars total for pain, suffering, mental trauma, lost productivity, irreversible damage to Plaintiff's reputation limiting opportunities for gainful employment, loss of productivity while incarcerated and Compensatory damages for Medical bills, bond, legal cost and Clothing not returned.**</u>

Date: 06/22/2018        **TOMMY KENDRICK WILLIAMS PRO SE**

*Tommy K. Williams*

(334) 402-0487          **Plaintiff Signature**

270 County Rd 41        *Charlotte Aurison Davis*
Clio, AL 36017          06/16/2020
                        Dale Co. Alabama

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, Tommy K. Williams _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Certified U.S. Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25 day of June 2018, to:

Barbour County Sheriff's Department _____

_____

_____

_____

June 25, 2018                         Tommy K. Williams Pro Se
Date                                  Signature