IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY KENDRICK WILLIAMS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 2:18-CV-602-WKW |
| ) | [WO] |
| BARBOUR COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On November 19, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 20.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 20) is ADOPTED, the motion to dismiss (Doc. # 12) is GRANTED, the motion to disseminate (Doc. # 17) is DENIED, and Plaintiff's claims against the Defendant are DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 9th day of January, 2019.

                                             /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE