IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY KENDRICK WILLIAMS, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> BARBOUR COUNTY SHERIFF'S ) <br> DEPARTMENT, ) <br> ) <br> Defendant. ) | CASE NO. 2:18-CV-602-WKW <br> [WO] |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 9th day of January, 2019.

                                          /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE